1  Audra Mori, CA Bar No. 162850
   AMori@perkinscoie.com
2  Seth H. Reagan, CA Bar No. 279368
   SReagan@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA 90067
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  *Attorneys for Plaintiff*
   *M & F Western Products*
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M & F WESTERN PRODUCTS, INC., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>ELITE ACCESSORIES, INC., a California corporation, DBA NEW WAVE,<br><br>Defendant. | Case No. 2:16-cv-07024<br><br>COMPLAINT FOR<br><br>(1) COPYRIGHT INFRINGEMENT |

## **COMPLAINT**

Plaintiff M & F Western Products, Inc. ("M & F" or "Plaintiff") brings this action against Defendant Elite Accessories, Inc. dba New Wave ("New Wave" or "Defendant") alleging that it engaged in copyright infringement. M & F seeks damages, an accounting, and injunctive relief.

132427570.3                              -1-                                COMPLAINT

## THE PARTIES

1. M & F is a Texas corporation with its principal place of business located in Sulphur Springs, Texas. M & F designs, manufactures, and distributes Western apparel and accessories.

2. Upon information and belief, defendant New Wave is a California corporation that does business through an Internet website and that advertises an address in Los Angeles, California. New Wave is engaged in the business of selling belts, jewelry, handbags, wallets, and other accessories.

## JURISDICTION

3. This Court has subject matter jurisdiction over M & F's claim for copyright infringement pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

## VENUE

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because (a) Defendant resides in the Central District of California, and/or (b) a substantial part of the events giving rise to M & F's claims occurred in the Central District of California.

## FACTS

5. M & F designs, manufactures and distributes numerous Western style products and apparel such as designer belts, cowboy hats, caps, boots, gloves, wallets, jewelry, dinnerware, saddle slickers, and various other accessories. M & F has been in business since 1969 and, over the past 47 years, has developed a reputation as a provider of the highest quality Western wear and accessories.

6. In addition to designing its own products, M & F sometimes pays third-party contractors to design products, such as belts, on M & F's behalf, and then by written agreement, M & F acquires all rights in and to these products and their designs.

7. M & F holds valid copyrights relating to several of its products that are duly and properly registered with the United States Copyright Office. True and correct copies of M & F's Copyright Registration Certificates for several of its designer belts and belt ornaments (a.k.a. "conchos") are attached hereto as **Exhibits 1 - 8**:

A. A true and correct copy of the Copyright Registration Certificate for M & F's Belt Model N44298, bearing the number VA 2-011-995, is attached hereto as Exhibit 1 and is incorporated by reference.

B. A true and correct copy of the Copyright Registration Certificate for M & F's Belt Model A1013248, bearing the number VA 2-010-551, is attached hereto as Exhibit 2 and is incorporated by reference.

C. A true and correct copy of the Copyright Registration Certificate for M & F's Belt Model N24966, bearing the number VA 2-012-367, is attached hereto as Exhibit 3 and is incorporated by reference.

D. A true and correct copy of the Copyright Registration Certificate for M & F's Belt Model N24423, bearing the number VA 2-008-850, is attached hereto as Exhibit 4 and is incorporated by reference.

E. A true and correct copy of the Copyright Registration Certificate for M & F's Belt Model N25094, bearing the number VA 2-008-617, is attached hereto as Exhibit 5 and is incorporated by reference.

F. A true and correct copy of the Copyright Registration Certificate for M & F's Concho Model KRY FA4375, bearing the number VA 2-006-086, is attached hereto as Exhibit 6 and is incorporated by reference.

G. A true and correct copy of the Copyright Registration Certificate for M & F's Concho Model KRY FA2596B, bearing the number VA 2-006-085, is attached hereto as Exhibit 7 and is incorporated by reference.

      H.    A true and correct copy of the Copyright Registration Certificate for M & F's Concho Model KRY FA1401, bearing the number VA 2-006-088, is attached hereto as Exhibit 8 and is incorporated by reference.

    8.    In addition to the abovementioned valid copyright registrations, M & F has also filed pending copyright applications relating to other belts. True and correct copies of M & F's Copyright Applications for four more of its designer belts are attached hereto as **Exhibits 9 - 12**:

      A.    A true and correct copy of the application for M & F's Belt Model N24918 is attached hereto as Exhibit 9 and is incorporated by reference.

      B.    A true and correct copy of the application for M & F's Belt Model N24394 is attached hereto as Exhibit 10 and is incorporated by reference.

      C.    A true and correct copy of the application for M & F's Belt Model N24962 is attached hereto as Exhibit 11 and is incorporated by reference.

      D.    A true and correct copy of the application for M & F's Belt Model A1012802 is attached hereto as Exhibit 12 and is incorporated by reference.

    9.    M & F offers its designer belts and other products for sale through authorized dealers who in turn offer M & F products to consumers both online and in traditional brick-and-mortar stores.

### Defendant's Infringement

    10.    On information and belief, sometime within the past three years, Defendant began advertising, marketing, copying, offering, selling, and/or distributing belts (the "Infringing Belts") that were identical or substantially similar to belts designed and/or owned by M & F, including, but not limited to, the belts listed in paragraphs 7 and 8 above.

    11.    Some of the Infringing Belts incorporated conchos that were identical or substantially similar to conchos designed and/or owned by M & F, including, but not limited to, the conchos listed in paragraph 7 above.

12. In or about January 2016, M & F discovered that Defendant was promoting and offering for sale the Infringing Belts on Defendant's retail website, www.newwavela.com.

13. By letter dated February 26, 2016, M & F put Defendant on notice that it was improperly marketing and offering for sale several Infringing Belts that were obviously copied from M & F's belts, since they were identical or nearly identical to M & F's belts. M & F noted that Defendant's actions had not been authorized by M & F, and demanded that Defendant cease and desist from all infringing activity.

14. By letter erroneously dated February 22, 2016, but delivered via email on March 17, 2016, Defendant initially refused to discontinue its infringing activity, questioning whether M & F had any legitimate rights in M & F's unique and distinctive belt designs.

15. In response, on March 25, 2016, M & F sent a follow-up letter to Defendant reasserting its rights. M & F concluded its letter by again demanding that Defendant (i) cease and desist from all infringing activity, and (ii) provide an accounting summary of all gross profits earned in conjunction with the sale of the Infringing Belts. M & F further demanded that Defendant (iii) provide an accounting summary of the total number of Infringing Belts remaining in transit or in Defendant's inventory.

16. On April 3, 2016, Defendant agreed that it would remove all of the Infringing Belts from Defendant's website and advertising materials.

17. On April 12, 2016, Defendant signed the final page of M & F's March 25, 2016 demand letter, expressly acknowledging and agreeing to the terms therein.

18. On April 18, 2016, M & F offered to settle its claims with Defendant regarding the Infringing Belts in exchange for a settlement payment and Defendant's full compliance with the terms of M & F's demand letter.

19. On May 3, 2016, Defendant's counsel stated that his client "understands the importance of the issues at hand," and indicated that Defendant was in fact willing to make a payment to M & F.

20. Through an exchange of emails culminating on May 26, 2016, the parties agreed that M & F would release any past, present or future claims against Defendant regarding the Infringing Belts in exchange for a payment and Defendant's full compliance with the terms of M & F's demand letter.

21. By mid-July, 2016, Defendant still had not made any portion of the agreed-upon payment to M & F. Accordingly, by letter dated July 15, 2016, M & F inquired with Defendant as to the status of the payment.

22. On July 28, 2016, Defendant responded that it would make payment to M & F by the following week. Based on these assurances, M & F in turn agreed to extend Defendant's deadline to make payment until the end of the week beginning July 31, 2016.

23. As of the date of the filing of this Complaint, Defendant has failed to provide any accounting, and it has failed to make any payment to M & F.

24. On information and belief, M & F has been harmed by Defendant's activities, including its unauthorized marketing and offering of the Infringing Belts in violation of M & F's valid copyrights.

## First Claim

**(Copyright Infringement – 17 U.S.C. § 501, *et seq.*)**

25. M & F re-alleges and incorporates by reference all allegations contained in this Complaint as though set forth fully herein.

26. M & F is the sole owner of multiple copyrights, including but not limited to the belts and conchos listed in paragraphs 7 and 8 above, and is the sole owner of the corresponding copyrights and Certificates of Registration.

27. Defendant has infringed the copyrights in M & F's products, including but not limited to the belts and conchos listed in paragraphs 7 and 8 above, by

1  advertising, marketing, copying, offering, selling, and/or distributing infringing
2  materials in the United States of America without approval or authorization from M
3  & F.
4      28.   At a minimum, Defendant acted with willful blindness to and in
5  reckless disregard of M & F's registered copyrights.
6      29.   As a result of its wrongful conduct, Defendant is liable to M & F for
7  direct, contributory and/or vicarious copyright infringement. 17 U.S.C. § 501. M
8  & F has suffered damages. M & F is entitled to recover damages, which include
9  any and all profits Defendant has made as a result of its wrongful conduct. 17
10 U.S.C. § 504.
11     30.   M & F is also entitled to injunctive relief pursuant to 17 U.S.C. § 502
12 and to an order impounding any and all infringing materials pursuant to 17 U.S.C.
13 § 503. M & F has no adequate remedy at law for Defendant's wrongful conduct.
14     31.   M & F is also entitled to recover its attorneys' fees and costs of suit.
15 17 U.S.C. § 505.

## PRAYER FOR RELIEF

17 WHEREFORE, M & F respectfully prays for judgment against Defendant as
18 follows:
19     1.   A judgment that Defendant has willfully infringed M & F's copyrights
20 in its products, including but not limited to the designer belts and conchos that are
21 the subjects of the following federal copyright registrations and applications:
22         a.   U.S. Copyright Registration No. VA 2-011-995 for Belt
23 N44298.
24         b.   U.S. Copyright Registration No. VA 2-010-551 for A1013248.
25         c.   U.S. Copyright Registration No. VA 2-012-367 for Belt
26 N24966.
27         d.   U.S. Copyright Registration No. VA 2-008-850 for Belt
28 N24423.

1          e.     U.S. Copyright Registration No. VA 2-008-617 for Belt
2 N25094.
3          f.     U.S. Copyright Registration No. VA 2-006-086 for Concho
4 KRY FA4375.
5          g.     U.S. Copyright Registration No. VA 2-006-085 for Concho
6 KRY FA2596B.
7          h.     U.S. Copyright Registration No. VA 2-006-088 for Concho
8 KRY FA1401.
9          i.     U.S. Copyright Application for Belt N24918.
10         j.     U.S. Copyright Application for Belt N24394.
11         k.     U.S. Copyright Application for Belt N24962.
12         l.     U.S. Copyright Application for Belt A1012802.

13     2.     An order granting temporary, preliminary and permanent injunctive
14 relief restraining and enjoining Defendant, its agents, servants, employees, officers,
15 associates, attorneys, and all persons acting by, through, or in concert with any of
16 them from using M & F's intellectual property, including, but not limited to:
17          a.     manufacturing, importing, advertising, marketing, promoting,
18 supplying, distributing, offering for sale, or selling the Infringing Belts or any other
19 products consisting of or bearing designs that infringe upon M & F's copyrights;
20          b.     engaging in any other activity constituting unfair competition
21 with M & F, or acts and practices that deceive consumers, the public, and/or trade,
22 including without limitation, the use of trade dress or design elements used or
23 owned by or associated with M & F; and
24          c.     committing any other act which falsely represents or which has
25 the effect of falsely representing that the goods and services of Defendant are
26 licensed by, authorized by, offered by, produced by, sponsored by, or in any other
27 way associated with M & F;
28

3. Ordering Defendant to recall from any manufacturers, distributors, and retailers and to deliver to M & F for destruction or other disposition all remaining inventory of all Infringing Belts and related items, including all advertisements, promotional and marketing materials therefore, as well as means of making the same;

4. Ordering Defendant to file with this Court and serve on M & F within thirty (30) days after entry of the injunction a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction;

5. Ordering an accounting by Defendant of all gains, profits and advantages derived from its wrongful acts pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117(a);

6. Ordering an accounting by Defendant of the total number of infringing belts remaining in Defendant's inventory or in transit to or from Defendant;

7. Awarding M & F all of Defendant's profits and all damages sustained by M & F as a result of Defendant's wrongful acts, and such other compensatory damages as the Court determines to be fair and appropriate;

8. Awarding applicable interest, costs, disbursements and attorneys' fees;

9. Awarding such other relief as may be just and proper.

DATED: September 19, 2016                **PERKINS COIE LLP**

By: /s/ Seth H. Reagan
    Seth H. Reagan

Attorneys for Plaintiff
M & F WESTERN PRODUCTS, INC.