JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M & F WESTERN PRODUCTS, INC., a Texas corporation<br><br>    Plaintiff,<br><br>    v.<br><br>ELITE ACCESSORIES, INC., a California corporation, DBA NEW WAVE,<br><br>    Defendant. | Case No. : CV 16-7024-DMG (RAOx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE [13]** |

Pursuant to Plaintif M & F Western Products, Inc.'s ("Plaintiff") Notice of Dismissal and good cause appearing therefor, Defendant Elite Accessories, Inc. d/b/a New Wave, a California Corporation, is hereby dismissed with prejudice from this action, with each party to bear its own costs and attorneys' fees. The above-captioned action, including all claims asserted therein, is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: November 4, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE